CITY OF NEW ROCHELLE, Respondent, *v.* MORGAN H. SEACORD, Appellant.

Submitted October 13, 1953; decided October 16, 1953.

*Murray C. Fuerst, Corporation Counsel (Francis S. Claps* of counsel), for motion.

*Morgan H. Seacord,* in person, opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that no substantial constitutional question is presented.

In the Matter of LEHIGH VALLEY RAILROAD COMPANY, Appellant and Respondent, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent and Appellant.

Submitted October 5, 1953; decided October 16, 1953.

Motion to amend remittitur denied, with $10 costs. [See 305 N. Y. 853.]